WILLIAM GRUNBERG, Respondent, v. BENJAMIN LEVINE, Appellant.— Order denying motion to consolidate actions affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

In the Matter of the Probate of the Last Will and Testament of ARTHUR MOSER, Deceased, as a Will of Real and Personal Property. MADELINE MOSER, Appellant; CHARLES MILLER and Others, Respondents.— Decree of the Surrogate's Court of Nassau county unanimously affirmed, with costs to respondents payable out of the estate. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

ALFRED B. JAMES, as Executor, etc., of MARY E. JAMES, Deceased, Appellant, v. WALTER A. JAMES and CHARLOTTE A. JAMES, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

LIBERTY INVESTING CORPORATION, Appellant, v. HUNTINGTON INVESTING CORPORATION, HARRY STEINBERG and MAURICE STEINBERG, Respondents. MAX HELMAN and ISRAEL FRIEDMAN, Defendants.— Order denying motion to strike out matters contained in the defense and counterclaim, to treat the answer as a nullity, and to direct judgment accordingly reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Affidavits were properly used by the plaintiff, appellant, under rule 104 of the Rules of Civil Practice, to establish that the defense was sham. However, the burden of establishing that the defense and counterclaim were sham under this rule, was upon the plaintiff. We are of opinion that the facts upon which the defendants, respondents, rely do not constitute duress, and, therefore, do not constitute a defense, nor state a counterclaim. Even if they did, the execution of the bond and the mortgage under foreclosure was subsequently fully ratified and confirmed by defendants, respondents. Not only was the first installment of principal and interest paid, but the mortgage was carried as a liability by the defendant corporation upon its books, and so reported to the United States Government in its income tax report for the year 1927. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

ROSE MAGGI, Appellant, v. GUISEPPI A. SABATINI and ROSA SABATINI, His Wife, Respondents.— Order denying motion to vacate *ex parie* order granting a stay modified by inserting therein two conditions, as follows: Defendants should execute and deposit with the clerk of the county of Kings the conveyance of the real property, and the assignment of the one-half interest in the bond and mortgage of $25,600 directed in the interlocutory judgment (Civ. Prac. Act, § 597), to await the final determination of the action. As so modified the order is affirmed, with ten dollars costs and disbursements to plaintiff. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

SAMUEL R. PATERSON, Respondent, v. MAE M. REILLY, Defendant, and DANIEL H. HANCKEL, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JESSE B. EARLE, Appellant.— Judgment of conviction of the County Court of Orange county and order denying motion to set aside the verdict and for a new trial unanimously affirmed. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.